**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>INGRID CHAO, et al.,<br><br>        Defendants. | Case No. 19-cv-03429-BLF<br><br>**JUDGMENT** |

Having granted Plaintiff's Motion for Default Judgment against Defendants Ingrid Chao and Nelson Chao, it is HEREBY ORDERED that:

1. Default judgment be entered against Defendants and for Plaintiff.
2. Judgment be entered against Defendants Ingrid Chao and Nelson Chao for Plaintiff in the amount of $9,010. This amount includes: statutory damages of $4,000 and $5,010 in attorneys' fees and costs.
3. Plaintiff Scott Johnson is granted an injunction requiring Defendants Ingrid Chao and Nelson Chao to bring their parking lot and guestrooms into compliance with the 2010 ADAAG Standards no later than six months after service of this injunction.

The Clerk of the Court is instructed to enter judgment in accordance with the above and to close the file.

**IT IS SO ORDERED.**

Dated: March 2, 2020

_____
BETH LABSON FREEMAN
United States District Judge