EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
|---|
| After recording, return to:<br>CENTER FOR DISABILITY ACCESS<br>DENNIS PRICE, ESQ. 279082<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 |
| TEL NO.: (858) 375-7385    FAX NO. *(optional):* |
| E-MAIL ADDRESS *(Optional):* |
| [X] ATTORNEY FOR    [ ] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 280 S 1st
MAILING ADDRESS: 280 S 1st
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Northern District

PLAINTIFF: Scott Johnson
DEFENDANT: Ingrid Chao, et al.

CASE NUMBER: 5:19-cv-03429-BLF

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR RECORDER'S USE ONLY

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      > Ingrid Chao,
      > 16505 Condit Rd., Morgan Hill, CA

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      16505 Condit Rd., Morgan Hill, CA

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Scott Johnson C/O Dennis Price, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 7/8/20
Dennis Price, Esq.
(TYPE OR PRINT NAME)    ► *(signature)*    (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 9010.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 3/2/20
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):* July 9, 2020

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Susan Y. Soong
    Clerk, by _Susie F. Barrera_, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Scott Johnson | COURT CASE NO.: |
|---|---|
| DEFENDANT: Ingrid Chao, et al. | 5:19-cv-03429-BLF |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Nelson Chao,
16505 Condit Rd., Morgan Hill, CA

Driver's license no. [last 4 digits] and state: ☒ Unknown
Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address):*
16505 Condit Rd., Morgan Hill, CA

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.