UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Scott Johnson,**

    Plaintiff,

  v.

**Ingrid Chao, et al.,**

    Defendants.

Case: 5:19-cv-03429-BLF

**ORDER ON REQUEST TO VACATE DEBTOR EXAM**

Date: 1/12/2022
Time: 1:00 pm.
Crtrm: 5, 4th floor
Judge: Nathanael M Cousins

### ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Ingrid Chao scheduled for 1/12/2022 is vacated.

Dated: January 12, 2022

_____
HONORABLE NATHANAEL M. COUSINS
MAGISTRATE JUDGE

**GRANTED**
Judge Nathanael M. Cousins

Request to Vacate Exam